| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 4 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| ROBERT A. EATON, | No. 22-35480 |
| Plaintiff-Appellant, | D.C. No. 1:18-cv-00065-SPW |
| v. | District of Montana, Billings |
| MONTANA SILVERSMITHS, | ORDER |
| Defendant-Appellee. | |

Before: BENNETT, SUNG, and H.A. THOMAS, Circuit Judges.

The panel has voted to deny the petition for panel rehearing and to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are DENIED.

The Clerk of the Court is directed to serve Petitioner with a print copy of the docket sheet in 22-35480 along with this order.